FILED
2010 OCT 22 PM 1:53
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA CR 10-0210 |
| Plaintiff, | |
| | <u>I N F O R M A T I O N</u> |
| v. | [21 U.S.C. § 844(a): Simple Possession of a Controlled Substance] |
| BERNARDO HERNANDEZ, | |
| Defendant. | [CLASS A MISDEMEANOR] |

The United States Attorney alleges:

On or about June 11, 2010, in Orange County, within the Central District of California, within the special maritime and territorial jurisdiction of the United States, defendant BERNARDO

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

HERNANDEZ knowingly and intentionally possessed marijuana, a Schedule I controlled substance.

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

*/s/ Dennise Willett*

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

MIEKE I. BIESHEUVEL
Assistant United States Attorney